```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | |
|---|---|
| SOC-SMG, INC., a Nevada Corporation, | 3:08-CV-00392-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATE: April 7, 2010 |
| CHRISTIAN & TIMBERS, LLC, an Ohio Corporation, | |
| Defendant. | |

PRESENT:     EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN         Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

**IT IS HEREBY ORDERED** that "Defendant's Objection and Motion to Reconsider the Court's March 1, 2010 Order (#86) Denying Defendant's Motion (#42), or for Alternative Relief as the Court Deems Necessary" (#88) is **DENIED**.

The Magistrate Judge's ruling is neither clearly erroneous nor contrary to law. The Magistrate Judge did not rule that the parties' informal agreement obviates the parties' obligation to comply with Fed. R. Civ. Pro. 26. Instead, the Magistrate Judge found that the initial disclosures were in fact made, and had the parties complied with the court's scheduling order, Defendant would have had more time to address problems with Plaintiff's initial disclosures.

                                              LANCE S. WILSON, CLERK
                                              By        /s/
                                                     Deputy Clerk